**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-195-MOC-DCK**

| | |
|---|---|
| JAMES EDWARD MCCONNELL and wife, KIM MCCONNELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| WATAUGA COUNTY, NORTH CAROLINA, et al,, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Sheriff Len D. Hagaman's "Motion For An Order Authorizing The Release Of Records Of A Criminal Investigation And Of A Video Recorded Interview In The Custody Of A Law Enforcement Agency" (Document No. 31) filed May 30, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the Plaintiffs, the undersigned will grant the motion. See (Document No. 33).

**IT IS, THEREFORE, ORDERED** that the "Motion For An Order Authorizing The Release Of Records Of A Criminal Investigation And Of A Video Recorded Interview In The Custody Of A Law Enforcement Agency" (Document No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Sheriff Len D. Hagaman, through his counsel, shall disclose and produce to Plaintiffs' counsel through records in the custody of the Watauga County Sheriff's Office of a criminal investigation conducted by the Watauga County Sheriff's Office of Plaintiff James E. McConnell regarding the criminal offenses giving rise to the

instant litigation and also to produce a CD-ROM containing a video recording of an interview of Austin McConnell conducted by Defendant Captain Jaska "Dee Dee" Rominger on September 11, 2014.

Sheriff Hagaman is hereby authorized, under the provisions of N.C. Gen. Stat. §§ 132-1.4(a) and 132-1.4 A(g), to release, through his counsel, these materials to counsel for Plaintiffs. These materials produced shall be subject to the provisions of the Consent Protective Order previously entered in this matter on April 27, 2018 (Document No. 30) regarding materials designated as "Confidential."

**SO ORDERED**.

Signed: June 4, 2018

David C. Keesler
United States Magistrate Judge