## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:17-cv-195-MOC-DCK

| | | |
|---|---|---|
| **JAMES EDWARD MCCONNELL** and wife **KIM MCCONNELL,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) ) | **ORDER** |
| **WATAUGA COUNTY NORTH CAROLINA, directly and vicariously acting as: THE WATAUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

**THIS MATTER** is before the court on plaintiff's Objection (#77) to the Magistrate Judge's Order Denying Plaintiff's Motion to Compel, (#72).

Finding that Judge Keesler's decision is wholly consistent with current case law, the court will overrule plaintiff's objection and affirm the magistrate judge's Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Objection to the Magistrate Judge's Order Denying Plaintiff's Motion to Compel (#77) is **OVERRULED,** and the Order Denying Plaintiff's Motion to Compel, (#72) is **AFFIRMED.**

Signed: May 9, 2019



Max O. Cogburn Jr.
United States District Judge