# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Kim McConnell<br>James Edward McConnell**,** | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 5:17-cv-00195-MOC-DCK |
| vs. | ) | |
| Watauga County Sheriff's Department et al**.,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2019 Order.

May 31, 2019

Frank G. Johns, Clerk
United States District Court