UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-195-MOC-DCK

| | |
|---|---|
| JAMES EDWARD MCCONNELL and wife KIM MCCONNELL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| | ) **ORDER** |
| | ) |
| WATAUGA COUNTY NORTH CAROLINA, directly and vicariously acting as: THE WATAUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, et al., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Defendants' Motion for Taxation of Costs. (Doc. No. 99).

The Court will hold the pending motion in abeyance until the Fourth Circuit Court of Appeals rules on Plaintiffs' pending petition for rehearing and rehearing en banc in this matter.

**IT IS SO ORDERED**.

Signed: March 4, 2020

Max O. Cogburn Jr.
United States District Judge

1