UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-195-MOC-DCK

| | |
|---|---|
| JAMES EDWARD MCCONNELL and wife KIM MCCONNELL, Plaintiffs, vs. WATAUGA COUNTY NORTH CAROLINA, directly and vicariously acting as: THE WATAUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, et al., Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own motion for a status update by the parties in this matter.

It is hereby ordered that, within twenty (20) days, the parties shall inform the Court of the status of the pending Motion for Taxation of Costs, in light of the Fourth Circuit Court of Appeals' ruling in this matter and its resolution of the prior petition for en banc rehearing.

**IT IS SO ORDERED**.

Signed: September 8, 2020



Max O. Cogburn Jr
United States District Judge

1