UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-195-MOC-DCK

| | |
|---|---|
| JAMES EDWARD MCCONNELL and wife KIM MCCONNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>WATAUGA COUNTY NORTH CAROLINA, directly and vicariously acting as: THE WATAUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion for Taxation of Costs. (Doc. No. 99). The Court held a hearing on the motion on October 28, 2020.

The Court will grant Defendants' motion for the reasons stated in Defendants' memorandum and at the hearing held before this Court. The Court notes, however, in the pleadings at the hearing, Defendants conceded that the amount originally requested should be reduced to $5142.86, based on some minor errors in Defendants' prior calculation of the costs.

In sum, Defendants' Motion for Taxation of Costs, (Doc. No. 99), is **GRANTED**, and Defendants shall be awarded costs totaling $5142.86.

**IT IS SO ORDERED**.

Signed: December 3, 2020

Max O. Cogburn Jr.
United States District Judge